IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 13 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| WOODSIDE CREDIT L.L.C., AS ATTORNEY-IN-FACT FOR BLUE HILLS BANK, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:17-CV-893-A |
| CHUBB NATIONAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

FINAL JUDGMENT

Consistent with the unopposed notice of dismissal with prejudice filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Woodside Credit L.L.C., as attorney-in -fact for Blue Hills Bank, against defendant, Chubb National Insurance Company, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs and attorney's fees incurred by that party.

SIGNED March 13, 2018.

_____
JOHN McBRYDE
United States District Judge